C. RIEGER'S SONS, INC., Appellant, v. CLARA H. CASTELLANOS, Also

Known as CLARA HENRIQUEZ, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.